EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
URMILA R. TAYLOR, CSBN 234655
Special Assistant United States Attorney
      Social Security Administration, Region IX
      160 Spear Street, Suite 800
      San Francisco, CA 94105
      Tel.: (415) 977-8958
      Facsimile: (415) 744-0134
      Email: urmila.taylor@ssa.gov
Attorneys for Defendant

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARIO HERNANDEZ,<br><br>    Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-CV-08611 (SK)<br><br>**[PROPOSED]**<br>**JUDGMENT** |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the matter is remanded for further administrative proceedings consistent with the Remand Order filed concurrently herewith.

DATED:   4/22/2016                  _____/s/_____
                                          HON. STEVE KIM
                                          UNITED STATES MAGISTRATE JUDGE